UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **JOHN R. DEMOS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.  ) | No.   1:12-cv-00407-GZS |
| ) | |
| **U.S. SECRETARY OF DEFENSE,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed January 16, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's complaint (ECF No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b) as frivolous and because it fails to state a claim.

 /s/ George Z. Singal
United States District Judge

Dated this 13th day of February, 2013.