UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN R. DEMOS,           )<br>                          )<br>     Plaintiff,        )<br>                          )<br>   v.                     )<br>                          )<br> U.S. SECRETARY OF DEFENSE, )<br> et al.,                  )<br>                          )<br>     Defendants          ) | No.  1:12-cv-00407-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed January 16, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's complaint (ECF No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b) as frivolous and because it fails to state a claim.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 13th day of February, 2013.